DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SILAS KENDRICKS,**
Appellant,

v.

**OKEECHOBEE CORRECTIONAL INSTITUTION,** and **SECRETARY, DEPARTMENT OF CORRECTIONS,**
Appellees.

No. 4D21-2652

[May 26, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca I. White, Judge; L.T. Case No. 2015CA000322.

Silas Kendricks, Madison, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***